440

604 A.2d 1025

**Karen A. FERRY, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee,**

**and**

**Turkeyfoot Valley Area School District, Intervenor.**

Supreme Court of Pennsylvania.

Argued March 9, 1992.

Decided April 16, 1992.

William K. Eckel, Johnstown, for appellant.

Clifford F. Blaze, Deputy Chief Counsel, John E. Herzog, Asst. Counsel, Unemployment Compensation Bd. of Review, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, PAPADAKOS and CAPPY, JJ., dissent.